UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alaa Kadhim,

    Plaintiff,

v.                                                                  Case No. 10-13995

Department of Homeland Security *et al.,*          Honorable Sean F. Cox

    Defendants.

_____/

## ORDER DISMISSING ACTION AS MOOT

Plaintiff filed this action on October 6, 2010, seeking an order from this Court compelling Defendants to adjudicate her pending Form I-75l, Petition to Remove Conditions on Residence.

On January 18, 2011, Defendants filed a motion asking this Court to dismiss this action as moot because Defendants have now adjudicated Plaintiff's petition. (Docket Entry No. 6). Attached as Exhibit A to Defendants' motion is a December 15, 2010 Notice of Decision denying Plaintiff's petition.

Plaintiff did not file a response to Defendants' Motion to Dismiss within the time permitted for doing so.  Accordingly, this Court issued an Order to Show Cause, ordering Plaintiff to show cause, in writing, by March 18, 2011, why this action should not be dismissed as moot.  Plaintiff did not file a response to the Show Cause Order.

Having reviewed Plaintiff's complaint and Defendant's Motion to Dismiss, the Court agrees that this action should be dismissed as moot.

Accordingly, IT IS ORDERED that the hearing scheduled for April 7, 2011 is

CANCELLED.

IT IS FURTHER ORDERED that this action is DISMISSED as moot.

IT IS SO ORDERED.

S/Sean F. Cox<br>Sean F. Cox<br>United States District Judge

Dated: March 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 22, 2011, by electronic and/or ordinary mail.

S/Jennifer Hernandez<br>Case Manager